### Ex parte TENNYSON.

No. 28694. Nov. 22, 1938.

Walter Mathews, for petitioner.

S. J. Burton, for respondent L. L. Fisher.

GIBSON, J. Original proceedings in habeas corpus by W. L. Tennyson.

The facts in this case are in all material respects the same as those in No. 28584. Ex parte Tennyson, this day decided, 184 Okla. 50, 84 P.2d 627. The law as there stated and applied is adopted as controlling here.

The writ is allowed, and the petitioner ordered discharged.

OSBORN, C. J., and CORN, HURST, and DAVISON, JJ., concur.